RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
SHANNON SMYTH-MENDOZA, Sr. Deputy City Attorney (188509)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

MICHAEL J. REISER, ESQ. (133621)
LILIA BULGUCHEVA, ESQ. (291374)
LAW OFFICE OF MICHAEL J. REISER
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Telephone Number: (925) 256-0400
Facsimile Number: (925) 476-0304
E-Mail Address:  reiserlaw@gmail.com
                 lilia.reiserlaw@gmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ATO DIABA WALKER,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SAN JOSE; POLICE CHIEF LARRY ESQUIVEL; OFFICER MATTHEW ROWAN (#4236); OFFICER JONATHAN LEVOS (#3997); SERGEANT MICHAEL O'NEIL (#3797); OFFICER RYAN WELCH (#4000), and DOES 1-50, inclusive,<br><br>          Defendants. | Case Number: 15-cv-04954-NC<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

1  Plaintiff and Defendants in the above entitled matter hereby stipulate, and jointly
2  request that the Court modify its Scheduling Order. In support of this stipulation, the
3  parties hereby submit the following as good cause for granting this request:
4      1.    Defendants were only recently served with Plaintiff's complaint on December
5  16, 2015 and responded to said complaint on January 6, 2016.
6      2.    Since the answer was due on the same date as the disclosures and ADR
7  certifications, the parties agree that a brief extension of time is needed to properly prepare
8  for the initial Case Management Conference.
9      3.    Therefore the parties propose the following Modified Case Schedule:

| Event | Current | Proposed |
|---|---|---|
| Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 1/6/2016 | 2/5/2016 |
| File ADR Certification signed by Parties and Counsel | 1/6/2016 | 2/5/2016 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 1/6/2016 | 2/5/2016 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | 1/20/2016 | 2/19/2016 |
| Proposed date for Initial Case Management Conference | 1/27/2016 | tbd by the Court |

                                          Respectfully submitted,

Dated: January 8, 2016                RICHARD DOYLE, City Attorney

                                          By: /s/ Shannon Smyth-Mendoza
                                                SHANNON SMYTH-MENDOZA
                                                Sr. Deputy City Attorney

                                        Attorneys for Defendants

| | |
|---|---|
| | LAW OFFICE OF MICHAEL J. REISER |
| Dated:  January 8, 2016 | By:  /s/ Lilia Bulgucheva |
| | LILIA BULGUCHEVA |
| | Attorney for Plaintiff |

I attest that Plaintiff has approved and signed this document, and given consent to the filing of the same with the court.

| | |
|---|---|
| | RICHARD DOYLE, City Attorney |
| Dated:  January 8, 2016 | By:  /s/ Shannon Smyth-Mendoza |
| | SHANNON SMYTH-MENDOZA |
| | Sr. Deputy City Attorney |
| | Attorneys for Defendants |

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing therefor, the Court hereby modifies the deadlines as follows:

| Event | Current | Proposed |
|---|---|---|
| Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 1/6/2016 | 2/5/2016 |
| File ADR Certification signed by Parties and Counsel | 1/6/2016 | 2/5/2016 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 1/6/2016 | 2/5/2016 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | 1/20/2016 | 2/19/2016 |
| Proposed date for Initial Case Management Conference | 1/27/2016 | 2/24/2016 |

**IT IS SO ORDERED.**

Dated:   January 8, 2016

_____
HON. _____
UNITED _____

