UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATO D WALKER<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF SAN JOSE, et al.,<br><br>        Defendants. | Case No. 15-cv-04954-NC<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: July 13, 2016<br>ENE Evaluator: Tamara Lange |

IT IS HEREBY ORDERED that the request to excuse defendants Chief Larry Esquivel, Sergeant Michael O'Neil, and Officer Ryan Welch from appearing in person at the July 13, 2016, ENE before Tamara Lange is GRANTED. As set forth in the request, Chief Esquivel and Sergeant O'Neil shall be available by telephone if needed.

**IT IS SO ORDERED**.

Dated: July 8, 2016

Maria-Elena James
United States Magistrate Judge