RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

MICHAEL J. REISER, ESQ. (133621)
LILIA BULGUCHEVA, ESQ. (291374)
LAW OFFICE OF MICHAEL J. REISER
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Telephone Number: (925) 256-0400
Facsimile Number: (925) 476-0304
E-Mail Address:  reiserlaw@gmail.com
                 lilia.reiserlaw@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATO DIABA WALKER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE; POLICE CHIEF LARRY ESQUIVEL; OFFICER MATTHEW ROWAN (#4236); OFFICER JONATHAN LEVOS (#3997); SERGEANT MICHAEL O'NEIL (#3797); OFFICER RYAN WELCH (#4000), and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case Number:  15-cv-04954-NC<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

1  IT IS HEREBY STIPULATED by and between Plaintiff ATO DIABA WALKER and
2  Defendants, CITY OF SAN JOSE; POLICE CHIEF LARRY ESQUIVEL; OFFICER
3  MATTHEW ROWAN (#4236); OFFICER JONATHAN LEVOS (#3997); SERGEANT
4  MICHAEL O'NEIL (#3797) and OFFICER RYAN WELCH who have appeared in this action,
5  through their undersigned counsel, that the entire action be dismissed with prejudice
6  pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).
7  IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter an order
8  dismissing the entire action with prejudice.
9  IT IS FURTHER STIPULATED THAT each party shall bear their own costs and
10 attorney's fees.

Respectfully submitted,

Dated: August 4, 2016     RICHARD DOYLE, City Attorney

By: /s/ Ardell Johnson
    ARDELL JOHNSON
    Chief Deputy City Attorney

Attorneys for Defendants

LAW OFFICE OF MICHAEL J. REISER

Dated: August 4, 2016     By: /s/ Lilia Bulgucheva
                              LILIA BULGUCHEVA

Attorney for Plaintiff

I attest that Plaintiff has approved and signed this document, and given consent to the filing of the same with the court.

RICHARD DOYLE, City Attorney

Dated: August 4, 2016     By: /s/ Ardell Johnson
                              ARDELL JOHNSON
                              Chief Deputy City Attorney

Attorneys for Defendants

**ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).
2. The clerk shall enter an order dismissing the entire action with prejudice.
3. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: __August 11, 2016__

_____
HON. NAT[...]
UNITED ST[...]

